## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–0877.   State ex rel. L.P. Cavett Co. v. Indus. Comm.**
Franklin App. No. 06AP–345.